ORIGINAL

THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
AUG - 4 2006
U.S. COURT OF FEDERAL CLAIMS

OTI AMERICA, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

Civil Action No. 06-571 C

**PLAINTIFF OTI AMERICA, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff, OTI America, Inc. ("OTI"), by its undersigned attorney, hereby moves the Court pursuant to Appendix C § III of the Rules of the Court of Federal Claims for leave to file its Complaint, its Motion for Temporary Restraining Order and Preliminary Injunction, Memorandum in Support of its Motion for Temporary Restraining Order and Preliminary Injunction, as well as all future filings that contain confidential or proprietary information, under seal in the above-captioned case as those documents contain confidential or proprietary information and plaintiff seeks to protect that information from public scrutiny.

As grounds for this motion, OTI offers its Memorandum in Support of Plaintiff's Motion for Leave to File Under Seal, which is being filed concurrently with this motion.

Respectfully submitted,

OTI AMERICA, INC.

By its attorneys,

August 4, 2006

William M. Weisberg by Beth L. Jacobson

William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff OTI America, Inc.*

Beth L. Jacobson
Joyce L. Tong
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800
(617) 338-2880 (fax)

*Of Counsel for Plaintiff OTI America, Inc.*

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| OTI AMERICA, INC., Plaintiff, v. UNITED STATES, Defendant. | : | Civil Action No. |

**CERTIFICATE OF SERVICE**

I certify that on this 3rd day of August, 2006, the undersigned caused a true and correct copy of the attached PLAINTIFF OTI AMERICA, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL, in the above-captioned matter, to be served the Department of Justice, Commercial Litigation Branch.

Joyce E. Tong

THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
AUG - 4 2006
U.S. COURT OF FEDERAL CLAIMS

OTI AMERICA, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

Civil Action No. 06-571 C

**PLAINTIFF OTI AMERICA, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff, OTI America, Inc. ("OTI"), by its undersigned attorney, hereby moves the Court pursuant to Appendix C § III of the Rules of the Court of Federal Claims for leave to file its Complaint, its Motion for Temporary Restraining Order and Preliminary Injunction, Memorandum in Support of its Motion for Temporary Restraining Order, as well as all future filings that contain confidential or proprietary information, under seal in the above-captioned case as those documents contain confidential or proprietary information and plaintiff seeks to protect that information from public scrutiny. For the reasons set forth herein, OTI respectfully requests that the Court grant OTI's Motion for Leave to File Under Seal.

**BACKGROUND**

OTI has filed a complaint alleging that the United States, by and through the Government Printing Office ("GPO"), acted arbitrarily, capriciously, and in violation of law when it eliminated OTI from a procurement process conducted by the GPO. OTI also filed a motion and

a memorandum of law in support thereof for a Temporary Restraining Order and Preliminary Injunction and a motion and memorandum of law seeking a protective order.[1]

Along with this motion, OTI simultaneously filed any motions and supporting memoranda that contain protected or sensitive information in two ways: under seal and a proposed redacted version. If the Court grants this motion, OTI will file un-redacted versions of those documents, once they are agreed-to by the GPO.

**ARGUMENT**

As more fully set forth in the complaint, this case involves the solicitation of contractors to create electronic passport covers (i.e., passport covers embedded with a microchip that contains information about passport holders). The facts and issues in this case involve confidential and proprietary trade secret information. For the record to be complete, it is necessary for OTI to refer to the administrative record, including portions that contain confidential and proprietary material. Without such relevant and important information, OTI would be prejudiced in its ability to demonstrate the several ways in which the GPO acted improperly.

Specifically, OTI will rely on certain source selection information, and may rely on certain proprietary or confidential information involving its technology as compared to others from the competitive bid process. Further, if this Court grants OTI's motion for leave to conduct limited expedited discovery, additional confidential and proprietary information from the GPO could be disclosed. Accordingly, OTI respectfully requests that this Court grant it leave to file the requested papers, as well as all future filings containing confidential or proprietary information, under seal in the above-referenced case.

---

[1] OTI intends to file a motion for expedited limited discovery once the administrative record is filed.

Respectfully submitted,

OTI AMERICA, INC.

By its attorneys,

August 4, 2006

William M. Weisberg by Beth L. Jacobson

William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff OTI America, Inc.*

Beth L. Jacobson
Joyce L. Tong
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800
(617) 338-2880 (fax)

*Of Counsel for Plaintiff OTI America, Inc.*

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| OTI AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Civil Action No. |

**CERTIFICATE OF SERVICE**

I certify that on this 3rd day of August, 2006, the undersigned caused a true and correct copy of the attached PLAINTIFF OTI AMERICA, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE UNDER SEAL, in the above-captioned matter, to be served upon the Department of Justice, Commercial Litigation Branch, by FedEx.

Joyce L. Tong