ORIGINAL

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
AUG 4 2006
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OTI AMERICA, INC., Plaintiff, | : | |
| v. | : | Civil Action No. 06-571 C |
| UNITED STATES, Defendant. | : | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff, OTI America, Inc. ("OTI"), by its undersigned attorney, hereby makes the following disclosure statement pursuant to RCFC 7.1:

OTI's parent corporation is On Track Innovations, Ltd. On Track Innovations, Ltd. is a publicly-traded company and owns 100% of the stock of OTI.

August 4, 2006

William M. Weisberg (by Beth Jacobson)

William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

Counsel of Record for Plaintiff OTI America, Inc.

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| OTI AMERICA, INC., Plaintiff, v. UNITED STATES, Defendant. | Civil Action No. 05-904-C |

**CERTIFICATE OF SERVICE**

I certify that on this 3rd day of August, 2006, the undersigned caused a true and correct copy of the attached PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT, in the above-captioned matter, to be served upon the Department of Justice, Commercial Litigation Branch.

Joyce L. Tong

{B0541974; 1}