**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**(BID PROTEST)**

| | |
|---|---|
| OTI AMERICA, INC., | |
| Plaintiff, | |
| v. | No. 06-571C **(Bid Protest)** |
| THE UNITED STATES, | (Judge Lettow) |
| Defendant. | |

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk:

Please enter the appearance of Richard B. Evans as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Richard B. Evans
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Richard B. Evans
Richard B. Evans
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel. (202) 353-7760
Fax (202) 305-7643

Dated: August 7, 2006

CERTIFICATE OF FILING

I hereby certify that on August 7, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard B. Evans