IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-571C

(Filed: August 7, 2006)

OTI AMERICA, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

SCHEDULING ORDER

This scheduling order is issued pursuant to RCFC Appendix C, ¶ 8. An initial status conference and a hearing on plaintiff's application for a temporary restraining order in this case shall be held on August 9, 2006, commencing at 2:00 p.m., at the National Courts Building, 717 Madison Place, N.W., Washington, DC. The courtroom in which the conference and hearing will be held shall be posted in the lobby of the building.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge