IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-571-C

(Filed: August 10, 2006)

OTI AMERICA, Inc.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's Motion for Filing Under Seal, filed on August 4, 2006. Plaintiff seeks to protect from disclosure information in its complaint and other initial filings that it believes to be confidential and proprietary within the meaning of Rules 26(c)(7) and 77.3(d) and Appendix C, ¶¶ 4-7 of the Rules of the Court of Federal Claims.

For good cause shown, plaintiff's motion is GRANTED.

In addition, future electronic filings containing confidential or proprietary information may be made by the parties under seal (in accordance with Protective Order, ¶ 3, filed on August 10, 2006). Redacted copies of such filings shall be made available as provided in the Protective Order. Appropriate portions of the administrative record, which shall be submitted by defendant in paper form on or before August 18, 2006 (in accordance with the Order, filed on August 10, 2006), may also be filed under seal.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge