IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-571-C

(Filed: August 10, 2006)

| | |
|---|---|
| OTI AMERICA, Inc., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is plaintiff's Application for Temporary Restraining Order, filed August 4, 2006. Defendant has filed a response and a hearing was held on the application on August 9, 2006. For the reasons stated on the record at the conclusion of that hearing, the application is denied without prejudice to a ruling on plaintiff's motion for a preliminary injunction.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge