IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-571-C

(Filed: August 10, 2006)

OTI AMERICA, Inc.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

During the initial conference held in this bid protest on August 9, 2006, the court requested that defendant file the administrative record in paper form, as permitted under General Order No. 42A, ¶ 4. Both parties agreed to the court's request.

Accordingly, the court grants leave to the defendant for the filing of the administrative record in paper form. The administrative record shall be filed by defendant on or before August 18, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge