**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| OTI AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Civil Action No. 06-571-C<br>(Lettow, J.) |

# JOINT PROPOSED SCHEDULING ORDER

Pursuant to this Court's request at the hearing on August 9, 2006, Plaintiff, OTI America, Inc. ("OTI") and the Defendant, the United States, by their undersigned attorneys, hereby submit the following joint proposed scheduling order.

| FILING | DUE DATE |
|---|---|
| • OTI's Opposition to the United States' Motion to Dismiss | Tuesday Aug. 15, 2006 |
| • United States' Reply to Opposition to Motion to Dismiss | Friday Aug. 18, 2006 |
| • United States Files the Administrative Record ("AR") | Friday Aug. 18 (by hand - by 1:00 p.m.), 2006 |
| • OTI's Motion for Leave to Supplement the AR[1] | Thursday Aug. 24, 2006 |
| • United States' Opposition Motion to Supplement the AR | Tuesday Aug. 29, 2006 |
| • OTI's Reply to United States' Opposition Motion to Supplement the AR | Friday Sept. 1, 2006 |
| • Hearing on OTI's Motion for Leave to Supplement the AR | Wednesday Sept. 6, 2006 |

[1] This Motion (which may include a Motion for Limited Discovery), any Opposition, Reply and Hearing related thereto are being built into the schedule in the event that OTI, after review of the AR, determines a need to file such Motion.

| | |
|---|---|
| • OTI and United States' Motions for Judgment on the AR | Thursday Sept. 14, 2006 |
| • OTI and United States' Oppositions to Motions for Judgment on the AR | Thursday Sept. 21, 2006 |
| • OTI and United States' Replies to Oppositions to Motions for Judgment on the AR | Tuesday Sept. 26, 2006 |
| • Hearing on the Merits | Thursday Sept. 28 and Friday Sept. 29, 2006 if necessary |

Respectfully submitted,

The UNITED STATES OF AMERICA

BY ITS ATTORNEYS,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s Richard B. Evans
RICHARD B. EVANS
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7760
(202) 305-7643 (fax)
*Counsel of Record for Defendant the United States of America*

OF COUNSEL:

OTI AMERICA, INC.

BY ITS ATTORNEYS,

/s William M. Weisberg
William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)
*Counsel of Record for Plaintiff OTI America, Inc.*

JENNIFER R. SEIFERT
Assistant General Counsel
Government Printing Office

August 11, 2006

Beth L. Jacobson
Joyce L. Tong
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2872
(617) 338-2880 (fax)

*Of Counsel for Plaintiff OTI America, Inc*