IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-571C

(Filed: August 14, 2006)

OTI AMERICA, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court acknowledges the parties' Joint Proposed Scheduling Order, filed August 11, 2006. For good cause shown, the court adopts the following plan and schedule for further proceedings in this case:

| Activity | Deadline |
|---|---|
| OTI's opposition to the United States' motion to dismiss | August 15, 2006 |
| United States' reply to opposition to motion to dismiss | August 18, 2006 |
| United States files the administrative record | August 18, 2006 (in paper form - by 1:00 p.m.) |
| OTI's motion for leave to supplement the administrative record | August 24, 2006 |
| United States' opposition to motion to supplement the administrative record | August 29, 2006 |
| OTI's reply to United States' opposition to motion to supplement the administrative record | September 1, 2006 |
| Hearing on OTI's motion for leave to supplement the administrative record | September 6, 2006, at 5:30 p.m. at the National Courts Building |

| | |
|---|---|
| OTI's and United States' concurrently filed motions for judgment on the administrative record | September 14, 2006 |
| OTI's and United States' concurrently filed oppositions to motions for judgment on the administrative record | September 21, 2006 |
| OTI's and United States' concurrently filed replies to oppositions to motions for judgment on the administrative record | September 26, 2006 |
| Hearing on the merits | September 28, 2006, at 10:00 a.m. at the National Courts Building |

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge