# In the United States Court of Federal Claims

**06-571C**

**Filed: August 18, 2006**

**OTI AMERICA, INC.**

**v.**

**THE UNITED STATES**

**NOTICE OF FILING and DEFENDANT'S ADMINISTRATIVE RECORD (Pages 1-317) FILED UNDER SEAL**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.