**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**(BID PROTEST)**

| | | |
|---|---|---|
| OTI AMERICA, INC. | ) | |
| Plaintiff, | ) | No. 06-571C **(Bid Protest)** |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF DEFENDANT'S WITHDRAWAL OF ITS MOTION TO DISMISS**

Pursuant to Rule 12(a)(2)(A) of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully withdraws its motion to dismiss the complaint of plaintiff, OTI America, Inc. ("OTI"), filed on August 8, 2006, pursuant to Rule 12(b)(1) of the RCFC. In our motion to dismiss we demonstrated why we believed that this Court lacks bid protest jurisdiction over OTI's complaint pursuant to 28 U.S.C. § 1491(b)(1), in the good faith belief that a court can always re-examine subject matter jurisdiction.

OTI responded to our motion asserting various arguments, among them that we were collaterally estopped from disputing jurisdiction in this matter because we unsuccessfully contested jurisdiction in OTI's previous action against the United States. See OTI America, Inc. v. United States, 68 Fed. Cl. 108 (2005). In support of its argument, OTI cited the Federal Circuit's decision in A.B. Dick Company v. Burroughs Corporation, 713 F.2d 700 (Fed. Cir. 1983), for the applicable standard for collateral estoppel. Although A.B. Dick provides the basic requirements for the application of collateral estoppel, it does not apply directly to this matter and, by itself, cannot be read to preclude us from challenging jurisdiction in the present action.

However, after extensive research into this issue we have decided against challenging jurisdiction in this second matter with OTI now before the Court. See United States v. Stauffer Chem. Co., 464 U.S. 165 (1984).[1] For this reason, we respectfully withdraw our motion to dismiss OTI's complaint for lack of subject matter jurisdiction.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner

DONALD E. KINNER
Assistant Director

s/Richard B. Evans

OF COUNSEL:
JENNIFER R. SEIFERT
Assistant General Counsel
Government Printing Office

RICHARD B. EVANS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20005
Tele: (202) 353-0541
Fax: (202) 305-7643

August 18, 2006

Attorneys for Defendant

[1] The irony of the identity of counsel for the prevailing party in Stauffer is not lost upon defendant.

CERTIFICATE OF FILING

I hereby certify that on August 18, 2006, a copy of the foregoing "NOTICE OF DEFENDANT'S WITHDRAWAL OF ITS MOTION TO DISMISS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard B. Evans