**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

OTI AMERICA, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

Civil Action No. 06-571-C
(Judge Lettow)

## PLAINTIFF OTI AMERICA, INC.'S MOTION FOR LEAVE OF THE COURT TO SUPPLEMENT THE ADMINISTRATIVE RECORD

Plaintiff, OTI America, Inc. ("OTI"), by its undersigned attorney, hereby moves this Court for Leave to Supplement the Administrative Record in the above-captioned case. As grounds for this motion, OTI offers its Memorandum in Support of Plaintiff's Motion for Leave of the Court to Supplement the Administrative Record, which is being filed concurrently with this motion and attached hereto.

August 24, 2006

/s/ William M. Weisberg
William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff OTI America, Inc.*

Beth L. Jacobson
Joyce L. Tong
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800
(617) 338-2880 (fax)

Of Counsel for Plaintiff OTI America, Inc.