IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-571C

(Filed: September 13, 2006)

OTI AMERICA, Inc.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's Emergency Renewed Motion for Leave of Court to Supplement the Administrative Record, filed September 12, 2006. The court requests that defendant file its response to the motion on or before September 18, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge