THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| OTI AMERICA, INC., Plaintiff, v. UNITED STATES, Defendant. | Civil Action No. 06-571-C (Judge Lettow) |

**PLAINTIFF OTI AMERICA, INC.'S MOTION FOR**
**JUDGMENT ON THE ADMINISTRATIVE RECORD**

Plaintiff, OTI America, Inc. ("OTI"), by its undersigned attorney, hereby moves the Court pursuant to RCFC 52.1 of the Rules of the Court of Federal Claims for a Judgment on the Administrative Record ("AR"). More specifically, OTI respectfully requests that the Court: (1) declare that the Defendant, the United States, by and through the Government Printing Office ("GPO"), acted unreasonably and contrary to law and regulations and lacked a rational basis when it eliminated OTI as the GPO's action: (a) did not abide by the disclosed evaluation criteria in the Solicitation, (b) relied upon undisclosed evaluation criteria, (c) was based on an incorrect technical evaluation, (d) was not based on the contracting officer's independent judgment; and (e) was the result of unequal treatment; (2) issue an injunction requiring GPO to reinstate OTI into the selection process in such a manner as to ensure OTI has a fair chance to compete for the production portion of the contract(s) at issue; and (3) award OTI its bid preparation and proposal costs.

As grounds for this motion, OTI offers its Memorandum in Support of Plaintiff's Motion for Judgment on the Administrative Record, with Appendices, attached hereto, along with its

Statement of Facts, which is being filed concurrently with this Motion.

Respectfully submitted,

OTI AMERICA, INC.

By its attorneys,

Electronically filed on
September 14, 2006

William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff OTI America, Inc.*

Beth L. Jacobson
Joyce L. Tong
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2872
(617) 338-2880 (fax)

*Of Counsel for Plaintiff OTI America, Inc.*