**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| OTI AMERICA, INC., Plaintiff, v. UNITED STATES, Defendant. | Civil Action No. 06-571-C (Judge Lettow) |

**PLAINTIFF OTI AMERICA, INC.'S EMERGENCY MOTION FOR LEAVE OF THE COURT TO SUPPLEMENT THE UNITED STATES' SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD AS IT IS INCOMPLETE**

Plaintiff, OTI America, Inc. ("OTI"), by its undersigned attorney, hereby moves this Court for Leave to Supplement the United States' Supplementation of the Administrative Record ("Motion") in the above-captioned case as it is incomplete. As grounds for this Motion, OTI offers its Memorandum in Support and the Affidavit of Joyce L. Tong, Esq., with exhibits attached thereto, which is being filed concurrently with this Motion.

Electronically filed on
September 25, 2006

/s/ William M. Weisberg
William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff OTI America, Inc.*

Beth L. Jacobson
Joyce L. Tong
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800
(617) 338-2880 (fax)

*Of Counsel for Plaintiff OTI America, Inc.*