**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| OTI AMERICA, INC., Plaintiff, v. UNITED STATES, Defendant. | : | Civil Action No. 06-571-C (Judge Lettow) |

**AFFIDAVIT OF JOYCE L. TONG**

I, Joyce L. Tong, first being duly sworn, hereby declare as follows:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts and I am a member in good standing of the bar. I was admitted to the bar of the Court of Federal Claims on November 20, 2005. I am an associate in the Boston office of Sullivan & Worcester, LLP, counsel for OTI America, Inc. ("OTI"). I have personal and firsthand knowledge of the following facts, and if called and sworn as a witness could and would testify competently thereto.

2. This affidavit is filed in connection with Plaintiff OTI America, Inc.'s Emergency Motion for Leave of the Court to Supplement the United States' Supplementation of the Administrative Record as It Is Incomplete ("Pl. Mot.").

3. Attached hereto as **Exhibit A** is a true and accurate copy of emails I sent to Richard Evans with carbon copies to William Weisberg and Beth Jacobson, dated September 11 and 12, 2006.

4. Attached hereto as **Exhibit B** is a true and accurate copy of an email sent by Richard Evans to Beth Jacobson, with carbon copies to Joyce L. Tong and William Weisberg dated September 12, 2006.

5. Richard Evans left me a voicemail on Friday September 15, 2006 requesting any additional standards the Government could not locate that I had not already provided him.

6. Attached hereto as **Exhibit C** is a true and accurate copy of an email I sent to Richard Evans, with carbon copies to Beth Jacobson and William Weisberg dated September 15, 2006.

7. Attached hereto as **Exhibit D** is a true and accurate copy of a letter from Richard Evans to William Weisberg dated September 19, 2006.

8. Attached hereto as **Exhibit E** is a true and accurate copy of a letter from William Weisberg to Richard Evans dated September 20, 2006.

9. Attached hereto as **Exhibit F** is a chart setting forth the Government's recent submission of standards to the Administrative Record on September 19, 2006, indicating in bold what OTI seeks to supplement and where it should have been in the Government's submission.

Signed under the penalties of perjury this 25th day of September, 2006.

Joyce L. Tong

Joyce L. Tong personally appeared before me, and proved his/her identification through satisfactory evidence, which was ________ to be the person whose name is signed on the preceding or attached document in my presence on this 25 day of Sept, 2006

Cindy A. Franciosa Notary Public
Commonwealth of Massachusetts
My Commission Expires May 19, 2011