# EXHIBIT A

**Tong, Joyce L.**

---

**From:** Tong, Joyce L.
**Sent:** Monday, September 11, 2006 9:24 PM
**To:** Richard Evans Esq. (E-mail)
**Cc:** Weisberg, William M.; Jacobson, Beth
**Subject:** FW: OTI International Standards

Richard -

Apparently the files are too big to send in one email, so I will send in three sets (hopefully it will go through)

Set 1 of 3

-----Original Message-----
**From:** Tong, Joyce L.
**Sent:** Monday, September 11, 2006 8:22 PM
**To:** Richard Evans Esq. (E-mail)
**Cc:** Jacobson, Beth; Weisberg, William M.
**Subject:** OTI: International Standards

Richard,

Per your request to Bill Weisberg this afternoon, as a courtesy we attach ICAO and ISO standards.

ICAO Use of ntactless Integ | ICAO Tests for Air Interface, ... | CAO PKI Digital Signatures.pd... | ICAO Durability f Machine Rea... | ICAO pment of a Log | ICAO trics deploymen | ICAO 9303-1.pdf | Annex K - ICAO upplementary R

**Joyce L. Tong**
**Attorney at Law**

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2437
F 617 338 2880
jtong@sandw.com
www.sandw.com

**BOSTON NEW YORK WASHINGTON, DC**

**Tracking:**

| Recipient | Read |
|---|---|
| Richard Evans Esq. (E-mail) | |
| Weisberg, William M. | Read: 9/11/2006 9:31 PM |
| Jacobson, Beth | Read: 9/11/2006 9:31 PM |

**Tong, Joyce L.**

| | |
|---|---|
| **From:** | Tong, Joyce L. |
| **Sent:** | Monday, September 11, 2006 8:32 PM |
| **To:** | Richard Evans Esq. (E-mail) |
| **Cc:** | Jacobson, Beth; Weisberg, William M. |
| **Subject:** | FW: OTI International Standards |

Richard -

Apparently the files are too big to send in one email, so I will send in three sets (hopefully it will go through)

Set 2 of 3

-----Original Message-----

| | |
|---|---|
| **From:** | Tong, Joyce L. |
| **Sent:** | Monday, September 11, 2006 8:22 PM |
| **To:** | Richard Evans Esq. (E-mail) |
| **Cc:** | Jacobson, Beth; Weisberg, William M. |
| **Subject:** | OTI: International Standards |

Richard,

Per your request to Bill Weisberg this afternoon, as a courtesy we attach ICAO and ISO standards.

ISO 14443-4.pdf　ISO 4443-3_AM1.pc　ISO 14443-3.pdf　ISO 4443-2_AM1.pc　ISO 14443-2.pdf

**Beth L. Jacobson**
**Attorney at Law**

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2872
F 617 338 2880
bjacobson@sandw.com
www.sandw.com

**BOSTON NEW YORK WASHINGTON, DC**

**Tracking:**

| Recipient | Read |
|---|---|
| Richard Evans Esq. (E-mail) | |
| Jacobson, Beth | Read: 9/11/2006 9:11 PM |
| Weisberg, William M. | |

**Tong, Joyce L.**

| | |
|---|---|
| **From:** | Tong, Joyce L. |
| **Sent:** | Monday, September 11, 2006 8:33 PM |
| **To:** | Richard Evans Esq. (E-mail) |
| **Cc:** | Jacobson, Beth; Weisberg, William M. |
| **Subject:** | FW: OTI International Standards |

Richard -

Apparently the files are too big to send in one email, so I will send in three sets (hopefully it will go through)

Set 3 of 3

-----Original Message-----

| | |
|---|---|
| **From:** | Tong, Joyce L. |
| **Sent:** | Monday, September 11, 2006 8:22 PM |
| **To:** | Richard Evans Esq. (E-mail) |
| **Cc:** | Jacobson, Beth; Weisberg, William M. |
| **Subject:** | OTI: International Standards |

Richard,

Per your request to Bill Weisberg this afternoon, as a courtesy we attach ICAO and ISO standards.

ISO 0373-6_AM3.pc ISO 0373-6_AM2.pc ISO 10373-6.pdf ISO 0373-3_AM4.pc ISO 10373-1.pdf

**Beth L. Jacobson**
**Attorney at Law**

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2872
F 617 338 2880
bjacobson@sandw.com
www.sandw.com

**BOSTON NEW YORK WASHINGTON, DC**

**Tracking:**

| Recipient | Read |
|---|---|
| Jacobson, Beth | Read: 9/11/2006 9:11 PM |
| Weisberg, William M. | Read: 9/11/2006 9:31 PM |
| Richard Evans Esq. (E-mail) | |

**Tong, Joyce L.**

**From:** Tong, Joyce L.
**Sent:** Tuesday, September 12, 2006 12:12 AM
**To:** 'Richard.B.Evans@usdoj.gov'
**Subject:** RE: OTI International Standards

IEC 61000-4-2.pdf

Richard, I apologize, there is one more set of international standards that NIST employed. IEC 61000-4-2, attached below.

-----Original Message-----
From: Richard.B.Evans@usdoj.gov [mailto:Richard.B.Evans@usdoj.gov]
Sent: Monday, September 11, 2006 9:34 PM
To: Tong, Joyce L.
Cc: Weisberg, William M.; Jacobson, Beth
Subject: RE: OTI International Standards

ok

-----Original Message-----
From: jtong@sandw.com [mailto:jtong@sandw.com]
Sent: Monday, September 11, 2006 9:33 PM
To: Evans, Richard B. (CIV)
Cc: wweisberg@sandw.com; bjacobson@sandw.com
Subject: RE: OTI International Standards

Set 1 of 3 sent at 8:30 should be replaced with Set 1 of 3 sent at 9:24. I apologize for the mix-up in separating the emails into smaller sizes.

-----Original Message-----
From: Richard.B.Evans@usdoj.gov [mailto:Richard.B.Evans@usdoj.gov]
Sent: Monday, September 11, 2006 9:30 PM
To: Tong, Joyce L.
Cc: Weisberg, William M.; Jacobson, Beth
Subject: RE: OTI International Standards

Which set is that? I received 3 e-mails. By the way, the recall function does not work for external e-mails.

-----Original Message-----
From: jtong@sandw.com [mailto:jtong@sandw.com]
Sent: Monday, September 11, 2006 9:27 PM
To: Evans, Richard B. (CIV)
Cc: wweisberg@sandw.com; bjacobson@sandw.com
Subject: OTI International Standards

Hi Richard,

My apologies that I sent the wrong set of standards the first time around - please use the second set I sent as that is the correct set.

Regards,
Joyce

Joyce L. Tong
Attorney at Law

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2437
F 617 338 2880
jtong@sandw.com
www.sandw.com

BOSTON NEW YORK WASHINGTON, DC

This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.

Communications from our firm may contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code. Please contact a member of our law firm's Tax Department if you require a formal, written tax opinion that satisfies applicable IRS requirements, or if you have any other questions regarding federal tax advice.

This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.

Communications from our firm may contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code. Please contact a member of our law firm's Tax Department if you require a formal, written tax opinion that satisfies applicable IRS requirements, or if you have any other questions regarding federal tax advice.