# EXHIBIT B

**Tong, Joyce L.**

**From:** Richard.B.Evans@usdoj.gov
**Sent:** Tuesday, September 12, 2006 2:20 PM
**To:** Jacobson, Beth
**Cc:** Tong, Joyce L.; Weisberg, William M.
**Subject:** RE: OTI v. United States

no

-----Original Message-----
From: bjacobson@sandw.com [mailto:bjacobson@sandw.com]
Sent: Tuesday, September 12, 2006 2:09 PM
To: Evans, Richard B. (CIV)
Cc: wweisberg@sandw.com; jtong@sandw.com
Subject: OTI v. United States

<<Scan_.pdf>> <<Scan_.pdf>>
Richard,

As a courtesy, attached please find pdf files of what we just filed with the Court (Emergency Renewed Motion to Supplement the Administrative Record).
Will you be filing the ICAO/ISO today?

Thanks,
Beth

Beth L. Jacobson
Attorney at Law

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2872
F 617 338 2880
bjacobson@sandw.com
www.sandw.com

BOSTON NEW YORK WASHINGTON, DC

This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.

Communications from our firm may contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code. Please contact a member of our law firm's Tax Department if you require a formal, written tax opinion that satisfies applicable IRS requirements, or if you have any other questions

regarding federal tax advice.