# EXHIBIT C

**Tong, Joyce L.**

| | |
|---|---|
| **From:** | Tong, Joyce L. |
| **Sent:** | Friday, September 15, 2006 2:51 PM |
| **To:** | Richard Evans Esq. (E-mail) |
| **Cc:** | Jacobson, Beth; Weisberg, William M. |
| **Subject:** | ICAO/ISO Standards |

Richard-

I received your voicemail. Thank you in advance for filing the standards as the Court requested. On Monday September 11, 2006, per your request and as a courtesy I sent you copies of the ICAO and ISO standards referenced in the Solicitation as well as any relevant updates that I had on hand. My understanding was that you would file these standards and updates (as the Solicitation references). In the event you do not file all of the documents I sent you, would you please just let me know beforehand? I would appreciate that courtesy.

Regards,
Joyce

**Joyce L. Tong**
**Attorney at Law**

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2437
F 617 338 2880
jtong@sandw.com
www.sandw.com

**BOSTON NEW YORK WASHINGTON, DC**

**Tracking:**

| Recipient | Read |
|---|---|
| Richard Evans Esq. (E-mail) | |
| Jacobson, Beth | Read: 9/15/2006 2:51 PM |
| Weisberg, William M. | Read: 9/15/2006 2:51 PM |