# EXHIBIT F

# INTERNATIONAL STANDARDS[1]

1. Document 9303 Part 1, Machine Readable Travel Documents, dated 2003

2. ICAO Technical Report: Development of a Logical Data Structure (LDS) for Optional Capacity Expansion Technologies, ICAO's description of how Data must be placed on the IC of an electronic passport, dated 2004

3. Use of Contactless Integrated Circuits in Machine Readable Travel Documents, version 3.1, dated April 16, 2003

4. Security Standards for Machine Readable Travel Documents, dated March 2002

5. PKI Digital Signatures for Machine Readable Travel Documents, version 4, dated April 19, 2003

6. Biometrics Deployment of Machine Readable Travel Documents, version 2, dated May 21, 2004

7. ANNEX K of ICAO NTWG Biometrics Deployment Technical Report, dated July 6, 2004

   - ***ICAO Draft Technical Report: Durability of Machine Readable Passports, version 1, dated February 9, 2006***

   - ***ICAO Technical Report: RF Protocol and Application Test Standard for E-Passport – Part 2: Tests for Air Interface, Initialisation, Anticollision and Transport Protocol, version .9, dated February 10, 2006***

   - ***IEC 61000 – Electromagnetic compatibility (EMC)<br>Part 4-2: Testing and measurement techniques – Electrostatic discharge immunity test, dated April, 2001***

8. ISO 14443 – Contactless integrated circuits(s) cards – Proximity cards<br>Part 2: Radio frequency power and signal interface,<br>dated July 1, 2001 (First Edition)

   - ***ISO 14443 – Contactless integrated circuit(s)cards – Proximity cards<br>Part 2: Radio frequency power and signal interface<br>Amendment 1: Bit rates of fc/64, fc/32 and fc/16, dated 2005***

[1] The numbered paragraphs are the documents that the Government submitted. The bulleted text in bold and italics are the documents that OTI believes should also be included to provide a full and complete set of standards for the Court.

9. ISO 14443 – Contactless integrated circuits(s) cards – Proximity cards
Part 3: Initialization and anti-collision, dated July 13, 2000

- ***ISO 14443 – Contactless integrated circuit(s)card – Proximity cards***
***Part 3: Initialization and anticollision***
***Amendment 1: Bit rates of fc/64, fc/32 and fc/16, dated 2005***

10. ISO 14443 – Contactless integrated circuits(s) cards – Proximity cards
Part 4: Transmission protocols, dated December 4, 2000

11. ISO 10373 – Identification cards – Test Methods
Part 1: General Characteristics Tests, dated September 15, 2002

12. ISO 10373 – Identification cards – Test Methods
Part 3: Integrated circuit(s) cards with contacts and related interface devices, dated February 15, 2001 (Fist Edition)

13. ISO 10373 – Identification cards – Test Methods
Part 6: Proximity Cards, dated May 15, 2001 (First Edition)

14. ISO 10373 – Identification cards – Test Methods
Part 6: Proximity Cards – Amendment 2: Improved RF test methods, dated October 1, 2003

- ***ISO 10373 – Identification cards – Test methods***
***Part 6: Proximity Cards – Amendment 3: Protocol test methods for proximity coupling devices, dated 2006***