IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-571C

(Filed: October 10, 2006)

OTI AMERICA, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's Motion for Leave of Court to File the Notice of Filing in Paper Form, filed October 6, 2006. Plaintiff requests leave to submit in paper form the regulatory history of certain standards of the International Civil Aviation Organization and the International Electrotechnical Commission, noting that the proposed submission is hundreds of pages long. During a hearing on September 28, 2006, this court requested that the regulatory history of these standards be submitted. For good cause shown, plaintiff's motion is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge