# APPENDIX A