# APPENDIX B

**Comparison Chart of Solicitation Requirements, ICAO Testing and NIST Testing**

# IMPACT TESTING

"This procurement will lead to the introduction of a new U.S. Passport, ***an international interoperable EP compliant with the recommendations of the International Civil Aviation Organization (ICAO).*** " AR 2005 Tab A1 at 29 (Solicitation § C2).

| Solicitation Requirements | ICAO Testing | NIST Testing | Comparison Results |
|---|---|---|---|
| "*Impact Testing*: to assess the ability of the submittals (IC readability) to survive the stamping process. One possibility will be to strike the IC/antenna direction on the cover page a certain number of times at a force level that can be expected in actual usage. Loading is envisioned to be imparted by a falling weight testing machine. One question that will be addressed is: 'Can the IC/antenna survive the full number of strikes, and if not, then when do they fail?' "<br><br>Source:<br>• AR (2005) Tab A1, Solicitation § C7.2.3, at 42 (emphasis added). | Impact Stress methods<br>• One test<br><br>Equipment:<br>• Weight between 0.2 - 1.0 kg.<br>• Height from 0.05m (5 cm) - 0.20m (20 cm).<br>• Stamp surface must be a flat solid surface with concentric circular grooves on the face, with a diameter of 29 mm.[1]<br><br>Procedure:<br>• Open ePassport to a page that could be stamped.<br>• Place and hold ePassport open on a rubber blanket of 2 mm and a given hardness value.<br>• Drop the stamp from a given height (where | [ ] | • The Solicitation did not specify the four tests that NIST performed. These four tests conflict with the ICAO standard which only requires one test.<br>• NIST testing employed [ ] ICAO standards dictate a stamping pattern of concentric circles around the embedded IC.<br>• The NIST test did not [ ] while the ICAO standard dictated a weight between .2 and 1 kg.<br>• The NIST [ ] The ICAO standards dictate a drop range of between 5 cm and 20 cm depending on the weight of the |

[1] The groove depth must be at least .3 mm, the width at least 1 mm, and the distance between each groove at least 1.5 mm. The center groove must be 1 mm.

**Comparison Chart of Solicitation Requirements, ICAO Testing and NIST Testing**

## IMPACT TESTING

"This procurement will lead to the introduction of a new U.S. Passport, ***an international interoperable EP compliant with the recommendations of the International Civil Aviation Organization (ICAO).***" AR 2005 Tab A1 at 29 (Solicitation § C2).

| Solicitation Requirements | ICAO Testing | NIST Testing | Comparison Results |
|---|---|---|---|
| | Weight*Height > 0.02 mKg) in concentric circles around the IC unit.<br><br>Source:<br>• International Civil Aviation Organization [ICAO], <u>Durability of Machine Readable Passports</u>, at 15-17, ICAO TF4 Doc. N0156 (Feb. 9, 2006). | [ ] | stamp dropped. |

**Comparison Chart of Solicitation Requirements, ICAO Testing and NIST Testing**

## BEND TESTING

"This procurement will lead to the introduction of a new U.S. Passport, ***an international interoperable EP compliant with the recommendations of the International Civil Aviation Organization (ICAO).***" AR 2005 Tab A1 at 29 (Solicitation § C2).

| Solicitation Requirements | ICAO Testing | NIST Testing | Comparison Results |
|---|---|---|---|
| "*Bend Testing*: to determine if the IC/antenna can continue to be read if the book is subjected to bending forces"<br><br>Source:<br>• AR (2005) Tab A1 (Solicitation § C7.2.3) at 43 (lines 922-23). | Book Bend Stress method (Back Pocket)<br>Equipment:<br>• Spherical anvil with a radius of 150 mm<br><br>• An elastic cushion[2] with a minimum thickness of the cushion is 0.1 mm. The minimum radius of the cushion surface on which the sample is placed should not be smaller than 1/2 m.<br><br>Procedure:<br>• Center the ePassport on the cushion and beneath the spherical anvil securing the ePassport on the test machine so that the centered placement can be maintained during testing. A flexible support pocket constructed from fabric such as denim may be used.<br><br>• Press the spherical anvil into the ePassport and cushion support to a maximum force of | [<br><br>[ | • No direct correlation between the tests conducted by NIST and required by ICAO. The testing procedure is completely different and each is discrete from the other.<br><br>• [ ] rather than pressing an spherical anvil on the passports ten times for five seconds each time.<br><br>• [ ] |

[2] Comparable to an air cushion inflated to a pressure of 30 kPa, or to foam having density of 40-50 g/l and hardness of 20-30 kg/cm$^2$.

**Comparison Chart of Solicitation Requirements, ICAO Testing and NIST Testing**

**BEND TESTING**

"This procurement will lead to the introduction of a new U.S. Passport, ***an international interoperable EP compliant with the recommendations of the International Civil Aviation Organization (ICAO).***" AR 2005 Tab A1 at 29 (Solicitation § C2).

| Solicitation Requirements | ICAO Testing | NIST Testing | Comparison Results |
|---|---|---|---|
| | 350 N. Maintain pressure for 5 s.<br>• Lift the spherical anvil.<br>• Repeat 10 times.<br>• Turn the ePassport over and perform test on opposite side.<br><br><u>Dynamic Bend Stress Method</u><br>Procedure:<br>• Clamp one extremity of ePassport. The other end falls between two rollers.<br>• Two rollers sited midway down the ePassport should oscillate back and forth, horizontally bending the ePassport for a total of 1000 cycles at 2 cycles per second<br><br>Source:<br>• International Civil Aviation Organization [ICAO], <u>Durability of Machine Readable Passports</u>, at 18-19, ICAO TF4 Doc. N0156 (Feb. 9, 2006). | • ] | |

**Comparison Chart of Solicitation Requirements, ICAO Testing and NIST Testing**

# ELECTROMAGNETIC/STATIC ELECTRICITY TEST

**(Load Modulation)**

"This procurement will lead to the introduction of a new U.S. Passport, ***an international interoperable EP compliant with the recommendations of the International Civil Aviation Organization (ICAO).***" AR 2005 Tab A1 at 29 (Solicitation § C2).

| Solicitation Requirements | ICAO Testing | NIST Testing | Comparison Results |
|---|---|---|---|
| "*Electromagnetic/Static Electricity Testing*: to identify vulnerabilities in those areas."<br><br>References:<br>• AR 2005 Tab A1, Solicitation § C7.2.3, at 43 (line 925) | <u>Load modulation amplitude test</u><br>Equipment:<br>• Calibration coil[3]<br>• Test PCD assembly (reader) capable of producing a field of 7.5 A/m at 37.5 mm through the 15 cm ISO antenna.<br>• Digital sampling oscilloscope[4] with a probe >1MOhm <14pf<br><br>Procedure:<br>• Position the ePassport on the assembly (ePassport at one end, the reader in the middle and the calibration coil on the other side – each parallel to each other)<br>• Calibrate the field strength to 1.5A/m as described in ISO | [ ] | • ICAO standards require testing at three points, 1.5 A/m, 4.5 A/m and 7.5 A/m. [ ]<br>• ICAO standards position the ePassport on the assembly before calibrating the field strength. [ ]<br>• The calibration coil is essential to sense the field strength accurately. [ ] |

[3] ISO standards dictate a given size and thickness of the calibration coil card. The calibration coil card is the card that senses the A/m field strength to ensure that the testing field strength is not affected by the insertion of a ePassport.

[4] The digital sampling oscilloscope shall be capable of sampling at a rate of at least 100 million samples per second with a resolution of at least 8 bits at optimum scaling. The oscilloscope should have the capability to output the sampled data as a text file to facilitate mathematical and other operations such as windowing on the sampled data using external software programs. ISO 10373-6, at 8, ¶6.4.

**Comparison Chart of Solicitation Requirements, ICAO Testing and NIST Testing**

# ELECTROMAGNETIC/STATIC ELECTRICITY TEST

**(Load Modulation)**

"This procurement will lead to the introduction of a new U.S. Passport, ***an international interoperable EP compliant with the recommendations of the International Civil Aviation Organization (ICAO).***" AR 2005 Tab A1 at 29 (Solicitation § C2).

| Solicitation Requirements | ICAO Testing | NIST Testing | Comparison Results |
|---|---|---|---|
| | 10373-6 AM2 and as sensed by the calibration coil.<br><br>• Start test when the calibration coil senses 1.5 A/m<br><br>• Measure and calculate the load modulation amplitude<br><br>• Increase field strength to 4.5 A/m as sensed by the calibration coil<br><br>• Measure and calculate the load modulation amplitude<br><br>• Increase field strength to 7.5 A/m as sensed by the calibration coil<br><br>• Measure and calculate the load modulation amplitude<br><br>Sources:<br>• International Civil Aviation Organization [ICAO], <u>RF Protocol and Application Test Standard for E-Passport – Part 2, Tests for Air Interface, Initialisation, Anticollision and Transport Protocol</u>, at 12- | [<br><br>• ] | |

**Comparison Chart of Solicitation Requirements, ICAO Testing and NIST Testing**

**ELECTROMAGNETIC/STATIC ELECTRICITY TEST**

**(Load Modulation)**

"This procurement will lead to the introduction of a new U.S. Passport, ***an international interoperable EP compliant with the recommendations of the International Civil Aviation Organization (ICAO).***" AR 2005 Tab A1 at 29 (Solicitation § C2).

| Solicitation Requirements | ICAO Testing | NIST Testing | Comparison Results |
|---|---|---|---|
| | 14, ICAO TF4 Doc. WG3TF4_SDXX_RF protocol and application test standard ePP Part 2.doc (Feb. 10, 2006).<br>• ISO/IEC 10373-6, Identification cards — Test methods — Part 6: Proximity cards.<br>• ISO/IEC 10373-6:2001/FDAM 2:2003(E), Identification cards — Test methods — Part 6: Proximity cards, Amendment 2: Improved RF test methods. | | |