# APPENDIX B