AGREED-UPON REDACTED COPY
-MAY BE MADE PUBLIC

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| OTI AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Civil Action No. 06-571-C<br>(Judge Lettow) |

**PLAINTIFF OTI AMERICA, INC.'S MOTION**
**FOR LEAVE OF COURT TO FILE THE NOTICE OF FILING IN PAPER FORM**

Plaintiff, OTI America, Inc. ("OTI"), by its undersigned attorney, hereby moves for leave of Court to File the Notice of Filing in Paper Form, attached hereto as Appendix A. In support of its Motion, OTI states as follows:

1. This Court requested that the Government and OTI come to a consensus and provide the international standards to the Court that sets forth the regulatory history. Hr'g Tr. 114:20-25 (Sept. 28, 2006). OTI advised the Government that it would file the standards in the format attached to Appendix A and provided the Government with an advance copy of the submission. The Government and OTI have conferred in good faith but have been unable to come to a consensus regarding the content or format of this submission to the Court.

2. Appendix A, attached hereto, is the Notice of Filing which references supplemental international standards that provides the Court with the relevant regulatory history and iterations of each standard. As the international standards are over 700 pages long, OTI requests that the Court allow it to file these standards in paper form.

AGREED-UPON REDACTED COPY
-MAY BE MADE PUBLIC

Wherefore, Plaintiff, OTI, requests that this Court allow OTI to file the Notice of Filing of the supplemental international standards in paper form.

Respectfully submitted,

OTI AMERICA, INC.

By its attorneys,

Electronically filed on
October 19, 2006

/s/ William M. Weisberg
William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff OTI America, Inc.*

Beth L. Jacobson
Joyce L. Tong
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2872
(617) 338-2880 (fax)

*Of Counsel for Plaintiff OTI America, Inc.*