AGREED-UPON REDACTED COPY
-MAY BE MADE PUBLIC

# APPENDIX A

REDACTED