#005684

ORIGINAL

THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| OTI AMERICA, INC., Plaintiff, v. UNITED STATES, Defendant. | Civil Action No. 06-571-C (Judge Lettow) |

FILED
NOV 14 2006
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF APPEAL

Notice is hereby given, pursuant to Fed. R. App. P. 3, that OTI America, Inc., in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from: 1) the Order Denying in Part OTI's Motion to Supplement the Administrative Record with the Results of the Berlin Conference entered in this action on September 6, 2006, and 2) the Opinion and Order Granting the Government's Motion for Judgment on the Administrative Record, Denying OTI's Motion for Judgment on the Administrative Record, and Denying in Part OTI's First Emergency Renewed Motion to Supplement the Administrative Record to Depose Mr. Grasso entered in this action on October 31, 2006.

November 13, 2006

William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)
*Counsel of Record for Plaintiff OTI America, Inc.*

Beth L. Jacobson
Joyce L. Tong
Lisa M. Hodes
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2872
(617) 338-2880 (fax)
*Of Counsel for Plaintiff OTI America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 13th day of November, 2006, I caused to be hand delivered copies of Plaintiff's "Notice of Appeal" to the following counsel of record:

Richard Evans, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, DC 20005

Lori L. January
Sullivan & Worcester, LLP
1666 K Street, N.W., Suite 700
Washington, D.C. 20006
(202) 775-1200