ORIGINAL

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
NOV 21 2006
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF DOCKETING

### 2007-5021 - OTI AMERICA INC V US

**Date of docketing**: 11/21/2006

**Appeal from**: United States Court of Federal Claims case no. 06-CV-571

**Appellant(s)**: OTI AMERICA, INC.

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
William M. Weisberg
Richard B. Evans

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## Official Caption[1]

2007-5021

OTI AMERICA, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-571, Judge Charles F. Lettow.

## Authorized Abbreviated Caption[2]

OTI AMERICA INC v US, 2007-5021

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

# 2007-5021

# In the United States Court of Federal Claims

## Appeal Information Sheet

**Judge Charles F. Lettow**

**Type of Case**: 140 Contract - (Post Award) Injunction

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 15 2006

JAN HORBALY
CLERK

OTI AMERICA, INC.,
*Plaintiff,*

v.

THE UNITED STATES,
*Defendant,*

**CFC Docket No.:** 06-571 C.

**Cross or Related**? No.

**Appellant is**: Plaintiff.

**Date Judgment Entered**: October 31, 2006.

**Date of Appeal:** November 14, 2006.

**Fee**: $450.00.

*See U.S. Court of Federal Claims Docket Sheet for information on counsel for parties.*

Attachments and processing check list.

- ☐ Certified copy of the USCFC Docket Sheet.
- ☐ Decision directing judgment in case.
- ☐ Copy of the Notice of Appeal.
- ☐ Opposing party served.
- ☐ Judge's copies sent to chambers.