NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5021

OTI America, Inc.,

Plaintiff-Appellant,

v.

United States,

Defendant-Appellee.

## Judgment

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 9/4/2007

ON APPEAL from the UNITED STATES COURT OF FEDERAL CLAIMS

in CASE NO(S). 06-CV-571

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, LOURIE, Circuit Judge, and ROBERTSON*, District Judge).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED July 12, 2007

Jan Horbaly, Clerk

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JUL 12 2007
JAN HORBALY
CLERK

* Honorable James Robertson, District Judge, United States District Court for the District of Columbia, sitting by designation.

ISSUED AS A MANDATE: SEP 4 2007